UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 20 A 10: 35

CRAWLEY, :
    Plaintiff, :
     :
v. : No. 3:03CV734 (WWE)
     :
OXFORD HEALTH PLANS, :
    Defendant. :

### ORDER OF TRANSFER

In the interests of justice, the above-captioned case is hereby transferred to the docket of the Honorable <u>Janet Bond Arterton</u> for all purposes. All future pleadings or documents in this matter should be filed with the Clerk's Office in <u>New Haven</u> and bear the docket number <u>3:03cv734(JBA)</u>. Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

    IT IS SO ORDERED.

    Dated this 17th day of October, 2003 at Bridgeport, Connecticut.

           /s/ WARREN EGINTON
        Warren W. Eginton, Senior U.S. District Judge