# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

March 24, 2004

Clerk, Superior Court
State of Connecticut
Judicial District of Stamford/Norwalk
at Stamford/Civil Division
123 Hoyt Street
Stamford, CT 06905

Re: Crawley, et al -v- Oxford Health Plans Inc.,
    Case No: 3:03cv734 (JBA)

Dear Sir/Madame:

    The above entitled case is remanded to your court upon the court 's March 15, 2004 ruling. Enclosed please find original documents numbered 1 through 21; (document #11 is missing and will be sent to you when located, there is no document # 20, the docket clerk erred when giving a number to a notation); a certified copy of the court's ruling (document #21) remanding this case, and a certified copy of the docket.

    Please acknowledge receipt of above documents on the bottom portion of the copy of this letter, and kindly return the same in the envelope provided.

Very truly yours,

KEVIN F. ROWE, CLERK

S.A. Brown
Deputy Clerk

KFR/sab
Enc.

The above mentioned documents received 4/13/04
By _____ for Clerk, Superior Court, District of Stamford/Norwalk, at Stamford, Connecticut. Newly assigned case number

CV 03 0194763